## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:

    Pamela L. Toll                Case # 12-59541
                                        Chapter 13
            Debtor                  Judge Preston

### NOTICE OF CHANGE OF ADDRESS

Now comes Pamela L. Toll, by and through counsel, and hereby notifies the Court of her new address. The Debtor's mailing address is as follows:

    Pamela Toll
    6155 Kilbury Huber Road
    Plain City, OH 43064

    /s/ John F. Cannizzaro
    John F. Cannizzaro # 0005096
    Attorney for Debtor
    CANNIZZARO, BRIDGES,
    JILLISKY & STRENG, LLC
    302 South Main Street
    Marysville, OH 43040
    937-644-9125 Phone
    937-644-0754 Fax
    bkadmin@cfbjs.com

### Certificate of Service

I hereby certify that a true copy of the foregoing Address Change was served by ECF service upon Frank Pees, Chapter 13 Trustee; U.S. Trustee's Office; and by regular U.S. Mail service upon Pamela L. Toll, 6155 Kilbury Huber Road, Plain City, OH 43064, this 26th day of October 2016.

    /s/ John F. Cannizzaro
    John F. Cannizzaro